IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MANUEL GUTIERREZ,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:25CV387**

**DONALD J. TRUMP,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on June 30, 2025, the Court conditionally docketed the civil action of the plaintiff, Manuel Gutierrez. At that time, the Court directed Gutierrez to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Gutierrez with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Gutierrez to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Gutierrez that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Gutierrez has not complied with the orders of this Court. Gutierrez failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to

prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 15 August 2025
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge